Muammar Reed, Esq., SBN #275133
**Reed Law**
400 Corporate Pointe, STE 300
Culver City, CA 90230
Tel: (310) 242-8933
Fax: (424) 320-3033
Email: reed.muammar@gmail.com

Attorney for Plaintiff
**JOSE LEAL**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LEAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH, a public entity; LONG BEACH POLICE DEPARTMENT, a public entity, ASIF KHAN, a Long Beach peace officer, JORGE SALAZAR, a Long Beach peace officer, and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: CV 16-05899 PLA**<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

# ORDER

Based on the Joint Stipulation of the parties, and good cause appearing therefor, **IT IS ORDERED** that:

1. The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice. However, the Court shall retain jurisdiction for the purposes of enforcing the terms of the settlement agreement.

Dated: January 29, 2018

*/s/ Paul L. Abrams*
_____
Hon. Paul L. Abrams